## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ENCYCLOPAEDIA BRITANNICA, INC., <br><br> Plaintiff/counter-defendant, <br><br> vs. <br><br> STUDENT NEWS NET, a division of NINTH WAVE MEDIA, LLC, <br><br> Defendant/counter-plaintiff. | Case No. 13-cv-768 <br><br> Judge Matthew F. Kennelly <br><br> Mag. Judge Jeffrey Cole |

## STIPULATION OF DISMISSAL

Plaintiff/counter-defendant Encyclopaedia Britannica, Inc. and defendant/counter-plaintiff Student News Net, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims and counterclaims asserted in this action, with prejudice and without costs.

Dated: November 6, 2013         LATHROP & GAGE LLP

By: */s/ Bryan K. Clark*

Blaine C. Kimrey (ARDC #6279625)
bkimrey@lathropgage.com
Bryan K. Clark (ARDC #6296090)
bclark@lathropgage.com
155 N. Wacker Drive, Suite 3050
Chicago, IL 60606
T: (312) 920-3300
F: (312) 920-3301

1

Dated: November 6, 2013          NIEHAUS & ASSOCIATES

                                               By: */s/ Brian C. Kalas*

                                               Charles D. Niehaus, Esq.
                                               niehaus@niehausassociates.com
                                               Brian C. Kalas, Esq.
                                               kalas@niehausassociates.com
                                               7150 Granite Circle, Suite 203
                                               Toledo, OH 43617
                                               (419) 517-9090


                                               Michael Rachlis, Esq.
                                               mrachlis@rdaplaw.net
                                               Drew George Peel, Esq.
                                               dpeel@rdaplaw.net
                                               Marion B. Adler, Esq.
                                               madler@rdaplaw.net
                                               Rachlis Duff Adler & Peel, LLC
                                               542 South Dearborn Street, Suite 900
                                               Chicago, IL 60605
                                               (312) 733-3950