# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ENCYCLOPAEDIA BRITANNICA, INC., ) | | Case No. 13 cv 768 |
| ) | | |
| v. ) | | |
| ) | | Judge: Matthew F. Kennelly |
| ) | | |
| STUDENT NEWS NET, a division of ) | | |
| NINTH WAVE MEDIA, LLC, ) | | |

## **ORDER**

Pursuant to the parties' stipulation, all claims and counterclaims in this action are dismissed with prejudice and without costs.

Date:  11/8/2013                                                           /s/ Matthew F. Kennelly